AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

Harrison Ngeah Missibi
*Plaintiff*
v.
Lento Law Group, P.C., et al.
*Defendant*

Case No. 1:26-cv-13498

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Harrison Ngeah Missibi .

Date: 07/31/2026

/s/Timothy Vaughan Malley
*Attorney's signature*

Timothy Vaughan Malley #705603
*Printed name and bar number*

Capplis, Connors, Carroll & Ennis PC
6 Beacon Street, Suite 1100
Boston, MA 02108
*Address*

tmalley@ccclaw.org
*E-mail address*

(617) 227-0722
*Telephone number*

(617) 227-0772
*FAX number*