UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HARRISON

Plaintiff(s),

v. : Case No. 1:26-cv-13498-ADB

LENTO LAW GROUP, KATZ, et al

Defendant(s).

**MOTION FOR PERMISSION FOR ELECTRONIC FILING**

As the [✓] Plaintiff [ ] Defendant, in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed Local Rule 83.5.5(d) and the e-filing instructions on the Court's website: https://www.mad.uscourts.gov/caseinfo/cmecf-general.htm.
2. I understand that once I register for e-filing, I will receive notices and documents only by e-mail and not by U.S. mail.
3. I understand that if my use of the Court's e-filing system is unsatisfactory, my e-filing privileges may be revoked, and I will be required to file documents in paper but will continue to receive documents via e-mail.
4. I understand that I may not e-file on behalf of any other person in this or any other case, and e-filing is allowed in this case only.
5. I understand that I must regularly review my email for notices of activity in my case.
6. I understand that court staff are not permitted to provide legal advice, interpret orders, or advise as to the timing of the issuance of orders.
7. I affirm that I have regular access to the equipment necessary to e-file successfully.
8. I understand that PDF format is the only electronic format in which documents can be e-filed.

Name: Lawrence A Katz

Address: 525 Route 73 North Suite 104, Marlton NJ 080

Phone No.: 856-652-2000 Ext 497 (Cell: 267-242-4191)

Email Address: lawrence.katz@LLGNational.com

Date: 9-1-26 Signature: [signature]