# UNITED STATES DISTRICT COURT
for the
District of Massachusetts
**HARRISON NGEAH MISSIBI v. LENTO LAW GROUP, P.C., et al.**
**Civil Action No. 1:26-cv-13498-ADB**

## DECLARATION OF LAWRENCE A. KATZ

I, Lawrence A. Katz, declare under penalty of perjury as follows:

1. I am a defendant in this action and have personal knowledge of the facts stated here.
2. I am a citizen and resident of New Jersey. During the representation at issue, I was admitted in New Jersey and Pennsylvania and worked from my New Jersey home.
3. Lento Law Group, P.C. is a New Jersey professional corporation with its principal place of business in New Jersey.
4. I did not travel to Massachusetts in connection with Harrison Ngeah Missibi's New Hampshire Board of Nursing matter.
5. I did not own, maintain, or use an office, or own property in Massachusetts, or hold a Massachusetts law license during the relevant period.
6. The representation challenged in the Complaint concerned a New Hampshire administrative proceeding and a New Hampshire nursing license.
7. I performed the work challenged concerning the New Hampshire proceeding only from New Jersey, including communications, legal analysis, negotiations, and hearing preparation.
8. Lento's personnel and business records concerning the challenged representation are maintained or controlled from New Jersey, subject to ordinary electronic access.
9. After the New Hampshire surrender was accepted, I communicated remotely with an

investigator for the Massachusetts Board of Registration in Nursing. Those communications concerned reporting the New Hampshire disposition and attempting to avoid collateral discipline against Plaintiff's separate Massachusetts license. I did not travel to Massachusetts or appear physically before the Massachusetts board.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on September 16, 2026,

________________________________

Lawrence A. Katz