# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

**HARRISON NGEAH MISSIBI v. LENTO LAW GROUP, P.C., et al.**
**Civil Action No. 1:26-cv-13498-ADB**

**[PROPOSED] ORDER**

Upon consideration of Defendant Lawrence A. Katz's Motion to Dismiss or, in the Alternative, to Transfer Venue, any opposition, and the record, it is ORDERED that the Motion is:

☐ GRANTED under Rule 12(b)(2), and the claims against Lawrence A. Katz are dismissed without prejudice for lack of personal jurisdiction; or

☐ GRANTED IN PART, and this action is transferred to the United States District Court for the District of New Jersey under 28 U.S.C. § [1404(a) / 1406(a) / 1631]; or

☐ GRANTED IN PART under Rule 12(b)(6), as follows:

[________________________________].

SO ORDERED.

Dated: ____________________ ________________________________
Hon. Allison D. Burroughs
United States District Judge