UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARRISON NGEAH MISSIBI,<br>*Plaintiff*,<br><br>v.<br><br>LENTO LAW GROUP, P.C.;<br>LAWRENCE A. KATZ; and<br>KRISTI KAY KNEEDLER,<br>*Defendants*. | Civil Action No. 1:26-cv-13498-ADB |

**MOTION OF THE PLAINTIFF, HARRISON NGEAH MISSIBI, FOR EXTENSION OF TIME TO RESPOND TO THE MOTION TO DISMISS OF LAWRENCE KATZ [ECF 9]**

NOW COMES the Plaintiff, Harison Ngeah Missibi, and by agreement of the Moving Party, Lawrence Katz, respectfully requests that this Court enlarge time for Plaintiff to provide a response to Defendant Katz's motion to dismiss [ECF 9], to Tuesday, November 24, 2026. In support of this Motion, Plaintiff notes that the other individual Defendant named in this matter, Kristi Kay Kneedler, has until November 10, 2026, to respond to the operative complaint. Plaintiff anticipates it is likely that several of the issues raised in Defendant Katz's motion will also be raised by Defendant Kneedler in response to the complaint. Deferring the filing of an opposition until after Defendant Kneedler has tendered a responsive pleading will serve the interest of economy and avoiding duplicative proceedings.

Counsel for Plaintiff conferred with Defendant Katz in advance of filing this Motion pursuant to Local Rule 7.1(2), and Defendant Katz has agreed to the requested extension. Accordingly, no Party will suffer any prejudice by the allowance of this Motion.

Respectfully submitted,
The Plaintiff,
**HARRISON NGEAH MISSIBI**,
By His Attorneys,

/s/Timothy Vaughan Malley
Sean E. Capplis, BBO #634740
Timothy Vaughan Malley, BBO #705603
CAPPLIS, CONNORS, CARROLL & ENNIS, PC
66 Brooks Drive, 2nd Floor
Braintree, MA 02184
T: 6l7-227-0722
F: 617-227-0772
E: scapplis@ccclaw.org
tmalley@ccclaw.org

Date: September 30, 2026

## CERTIFICATE OF SERVICE

I, Timothy Vaughan Malley, hereby certify that on **September 30, 2026,** I served the above Memorandum of Law upon the Clerk of the Court, using the CM/ECF system, which then sent a notification of such filing (NEF) to all counsel of record, with separate copy emailed directedly to the *pro se* Party:

Lawrence A Katz, Sr lakatzsr@gmail.com

/s/Timothy Vaughan Malley