UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARRISON NGEAH MISSIBI,<br>*Plaintiff*,<br><br>v.<br><br>LENTO LAW GROUP, P.C.;<br>LAWRENCE A. KATZ; and<br>KRISTI KAY KNEEDLER,<br>*Defendants*. | Civil Action No. 1:26-cv-13498-ADB |

**MOTION OF THE PLAINTIFF, HARRISON NGEAH MISSIBI, FOR EXTENSION OF TIME TO EFFECTUATE SERVICE ON DEFENDANT LENTO LAW GROUP, P.C.**

NOW COMES the Plaintiff, Harison Ngeah Missibi, and hereby requests an extension of time to effectuate service of process on Defendant Lento Law Group, P.C. The Plaintiff requests that time for service on Lento Law Group, P.C., be extended for 30 days until November 28, 2026.

As grounds for this Motion and a finding of good cause, the Plaintiff avers that he has have attempted to serve process on Lento Law Group, P.C., through its registered agent, David Haislip, at 242 Terrace Blvd., Suite D1, Voorhees, NJ 08043, as well as its registered business address and the address that the firm has used in its most recent filings, all without success. Affidavits of nonservice are attached for each of those three locations as Exhibits 1, 2 and 3. Lento Law Group, P.C., has failed to maintain or keep current its registered address and agent for service of process. Accordingly, the Plaintiff is attempting to effectuate service through the New Jersey Department of Revenue pursuant to New Jersey Revised Statutes § 2A:15-30.1(b) and (c).

Counsel for Plaintiff conferred with Defendant Katz and Defendant Kneedler in advance of filing this Motion pursuant to Local Rule 7.1(2). Both have agreed to the requested extension. Accordingly, no Party will suffer any prejudice by the allowance of this Motion.

Respectfully submitted,
The Plaintiff,
**HARRISON NGEAH MISSIBI**,
By His Attorneys,

/s/Timothy Vaughan Malley
Sean E. Capplis, BBO #634740
Timothy Vaughan Malley, BBO #705603
CAPPLIS, CONNORS, CARROLL & ENNIS, PC
66 Brooks Drive, 2nd Floor
Braintree, MA 02184
T: 6l7-227-0722
F: 617-227-0772
E: scapplis@ccclaw.org
tmalley@ccclaw.org

Date: October 8, 2026

## CERTIFICATE OF SERVICE

I, Timothy Vaughan Malley, hereby certify that on **October 8, 2026,** I served the above Memorandum of Law upon the Clerk of the Court, using the CM/ECF system, which then sent a notification of such filing (NEF) to all counsel of record, with separate copy emailed directedly to the *pro se* Party:

Lawrence A Katz, Sr lakatzsr@gmail.com

/s/Timothy Vaughan Malley