# UNITED STATES DISTRICT COURT

for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **HARRISON NGEAH MISSIBI**<br>*Plaintiff*<br>v.<br>**LENTO LAW GROUP, P.C.; LAWRENCE A. KATZ; KRISTI KAY KNEEDLER**<br>*Defendant* | Civil Action No. 1:26-cv-13498-ADB |

## AFFIDAVIT OF NONSERVICE

I, Patrick Tomlinson, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

After careful inquiry and diligent attempts, I was unable to serve LENTO LAW GROUP, P.C. as I could not find the subject or information as to the location of the subject's whereabouts.

Serve Attempt #1
Date / Time: September 23, 2026 10:48 am
Address: 242 Terrace Blvd, Suite D1, Voorhees, NJ 08043
Photo: See Exhibit 1a below
Geolocation: https://google.com/maps?q=39.8260176,-74.925592
Description of attempt: I spoke with the business owner/executive. They stated the intended business is not located here. This is a trucking business with no person by that name there. An employee confirmed that this is the wrong business.

Total Cost: $90.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in Gloucester County, NJ on 9/23/2026.

/s/ Patrick Tomlinson

Signature
Patrick Tomlinson
+1 (609) 425-3152


Exhibit 1a)
D1
FUD TRAILER CO