# UNITED STATES DISTRICT COURT

for the
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **HARRISON NGEAH MISSIBI**<br>*Plaintiff*<br><br>v.<br><br>**LENTO LAW GROUP, P.C.; LAWRENCE A. KATZ; KRISTI KAY KNEEDLER**<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:26-cv-13498-ADB |

## AFFIDAVIT OF NONSERVICE

I, Stephen Leoniy, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

After careful inquiry and diligent attempts, I was unable to serve LENTO LAW GROUP, P.C. as I could not find the subject or information as to the location of the subject's whereabouts.

Serve Attempt #1
Date / Time: September 24, 2026 2:33 pm
Address: Lento Law Group, P.C., 3000 Atrium Way, Ste 200, Mount Laurel, NJ 08054-3910
Photo: See Exhibit 1a below
Geolocation: https://google.com/maps?q=39.9180537,-74.9490287
Description of attempt: I spoke with the receptionist/front desk staff. They stated that suite 200 is a Regus Office Space. They stated that the defendant was once a client but that was a year and a half ago. The have no forwarding information on the defendant. Observed no relevant details during this attempt. No additional contacts were made.

Total Cost: $180.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Burlington County,

NJ on 9/25/2026.

/s/ *Stephen Leoniy*

Signature
Stephen Leoniy
+1 (856) 889-0847


Exhibit 1a)
3000
Galaxy S20 FE 5G
September 24, 2026 2:33 PM