# UNITED STATES DISTRICT COURT

for the
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **HARRISON NGEAH MISSIBI** *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:26-cv-13498-ADB |
| **LENTO LAW GROUP, P.C.; LAWRENCE A. KATZ; and KRISTI KAY KNEEDLER,** *Defendant* | ) | |

## AFFIDAVIT OF NONSERVICE

I, Kimberly Mcmullin, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

After careful inquiry and diligent attempts, I was unable to serve LENTO LAW GROUP, P.C. as I could not find the subject or information as to the location of the subject's whereabouts.

Serve Attempt #1
Date / Time: September 28, 2026 1:02 pm
Address: 309 Grayling Ave, Narberth, PA 19072-1905
Photo: See Exhibit 1a below
Geolocation: https://google.com/maps?q=40.0101339008,-75.2605680109
Description of attempt: No contact was made at the service address. There were no packages or mail observed. Attempts to speak with neighbors were unsuccessful as no one answered.

Serve Attempt #2
Date / Time: September 30, 2026 8:16 pm
Address: 309 Grayling Ave, Narberth, PA 19072-1905
Photo: See Exhibit 2a below
Geolocation: https://google.com/maps?q=40.01013055,-75.2605883333
Description of attempt: No contact was made at the service address. The shared entrance was locked, and the doorbell was not functioning. Attempts to speak with neighbors were unsuccessful as no one answered.

Serve Attempt #3
Date / Time: October 1, 2026 10:30 am
Address: 309 Grayling Ave, Narberth, PA 19072-1905
Photo: See Exhibit 3a below
Geolocation: https://google.com/maps?q=40.0100964241,-75.2606082742
Description of attempt: No contact was made at the service address. The shared entrance was locked, and the doorbell was not functioning. Attempts to speak with neighbors were unsuccessful as no one answered.

Total Cost: $275.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in
Philadelphia County,
PA on 10/5/2026.

/s/ Kimberly Mcmullin
Signature
Kimberly Mcmullin
+1 (484) 319-1715




Exhibit 1a)


Exhibit 2a)
309



Exhibit 3a)