**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

FILED
IN CLERKS OFFICE
2026 OCT 14 A 10: 37
U.S. DISTRICT COURT
DISTRICT OF MASS.

HARRISON NGEAH MISSIBI,
Plaintiff,
v. Civil Action No. 1:26-cv-13498-ADB
LENTO LAW GROUP, P.C.; LAWRENCE A. KATZ;
and KRISTI KAY KNEEDLER,
Defendants.

**DEFENDANT KRISTI KAY KNEEDLER'S MOTION FOR PERMISSION FOR ELECTRONIC FILING**

As a Defendant in the above-captioned matter, appearing pro se, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed Local Rule 83.5.5(d) and the e-filing instructions on the Court's website: https://www.mad.uscourts.gov/caseinfo/cmecf-general.htm.

2. I understand that once I register for e-filing, I will receive notices and documents only by e-mail and not by U.S. mail.

3. I understand that if my use of the Court's e-filing system is unsatisfactory, my e-filing privileges may be revoked, and I will be required to file documents in paper but will continue to receive documents via e-mail.

4. I understand that I may not e-file on behalf of any other person in this or any other case, and e-filing is allowed in this case only.

5. I understand that I must regularly review my e-mail for notices of activity in my case.

6. I understand that court staff are not permitted to provide legal advice, interpret orders, or advise as to the timing of the issuance of orders.

7. I affirm that I have regular access to the equipment necessary to e-file successfully.

8. I understand that PDF format is the only electronic format in which documents can be e-filed.

Respectfully submitted,

Signature: /s/ Kristi Kay Kneedler, pro se
Name: Kristi Kay Kneedler, pro se
Address: 174 Water Color Way, Suite 103, #175
Santa Rosa Beach, FL 32459
Phone No.: (850) 353-3254
Email Address: kkneedler@mwlawfirm.com

Date: October 9, 2026