FILED
IN CLERKS OFFICE
2026 OCT 14 A 10:37
U.S. DISTRICT COURT
DISTRICT OF MASS.

Kristi Kay Kneedler, pro se
174 Water Color Way, Suite 103, #175
Santa Rosa Beach, FL 32459
(850) 353-3254
kkneedler@mwlawfirm.com

October 13, 2026

Clerk's Office
United States District Court for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

**Re:** ***Harrison Ngeah Missibi v. Lento Law Group, P.C., et al.*, Civil Action No. 1:26-cv-13498-ADB**

Dear Clerk:

I am a defendant in the above-captioned action and am appearing pro se. Please file the following enclosed documents on the docket:

1. Defendant Kristi Kay Kneedler's Motion for Permission for Electronic Filing
2. Defendant Kristi Kay Kneedler's Motion to Dismiss, with Local Rule 7.1(a)(2) Certification
3. Memorandum of Law in Support of Defendant Kristi Kay Kneedler's Motion to Dismiss
4. Declaration of Kristi Kay Kneedler
5. [Proposed] Order
6. Certificate of Service

I am submitting these documents in paper because I am not yet a registered ECF user. Local Rule 5.4 permits pro se litigants who are not registered ECF users to file documents other than electronically. If the Court grants my Motion for Permission for Electronic Filing, I will file future documents in this case electronically.

As reflected in the enclosed Certificate of Service, I served the filings by electronic mail on Plaintiff's counsel and on Defendant Lawrence A. Katz. If the Clerk's Office needs anything further, please contact me at (850) 353-3254 or kkneedler@mwlawfirm.com.

Thank you for your assistance.

Respectfully submitted,

/s/ Kristi Kay Kneedler
Kristi Kay Kneedler, pro se

Enclosures

cc: Sean E. Capplis, Esq., Counsel for Plaintiff (by email, w/ encl.)
Lawrence A. Katz, Defendant, pro se (by email, w/ encl.)