FILED
IN CLERKS OFFICE
2026 OCT 14 A 10:38
U.S. DISTRICT COURT
DISTRICT OF MASS.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

HARRISON NGEAH MISSIBI v. LENTO LAW GROUP, P.C., et al.
Civil Action No. 1:26-cv-13498-ADB

**[PROPOSED] ORDER**

Upon consideration of Defendant Kristi Kay Kneedler's Motion to Dismiss, any opposition, and the record, it is ORDERED that the Motion is:

☐ GRANTED under Rule 12(b)(2), and all claims against Kristi Kay Kneedler are dismissed for lack of personal jurisdiction; or

☐ GRANTED under Rule 12(b)(6) as to Count(s) ____________________, which are dismissed as to Kristi Kay Kneedler.

SO ORDERED.

______________________________
Hon. Allison D. Burroughs
United States District Judge

Dated: ____________________

**CERTIFICATE OF SERVICE**

I certify that on October 9, 2026, I served the foregoing motion, memorandum, declaration, and proposed order by electronic mail on the following.

Sean E. Capplis, Esq.
Capplis, Connors, Carroll & Ennis, PC
66 Brooks Drive, 2nd Floor, Braintree, MA 02184
scapplis@ccclaw.org
*Counsel for Plaintiff*

Lawrence A. Katz
17 42nd Street, Unit 7, Sea Isle City, NJ 08243
Lakatzsr.@gmail.com
*Defendant, pro se*

/s/ Kristi Kay Kneedler
Kristi Kay Kneedler (Pro se)