FILED
IN CLERKS OFFICE
2026 OCT 14 A 10: 38
U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HARRISON NGEAH MISSIBI v. LENTO LAW GROUP, P.C., et al.
Civil Action No. 1:26-cv-13498-ADB

**DECLARATION OF KRISTI KAY KNEEDLER**

I, Kristi Kay Kneedler, declare under penalty of perjury as follows:

1. I am a defendant in this action and have personal knowledge of the facts stated here.

2. I have been domiciled in Florida since 2024, and I was domiciled in Florida when this action was filed on July 31, 2026.

3. I worked for Lento Law Group, P.C. ("Lento") during the period in which I advised Harrison Ngeah Missibi about his New Hampshire Board of Nursing matter.

4. I did not travel to Massachusetts in connection with Mr. Missibi's matter.

5. I did not own, maintain, or use an office or own property in Massachusetts during the relevant period.

6. I have never held a license to practice law in Massachusetts.

7. I never communicated with the Massachusetts Board of Registration in Nursing about Mr. Missibi or his matter. I performed none of my work on Mr. Missibi's matter in Massachusetts.

8. My work for Lento, including my work on Mr. Missibi's matter, ended on February 23, 2024. I did not work on Mr. Missibi's matter after that date, and I was not working for Lento when Mr. Missibi signed the final disposition of the New Hampshire proceeding.

9. To the best of my recollection, I did not file an appearance or any other document in the New Hampshire proceeding. My work on the matter consisted of communicating with and advising Mr. Missibi.

10. I did not solicit Mr. Missibi as a client. He contacted Lento, and Lento assigned me to work on his matter. I did not enter into a personal engagement agreement with Mr. Missibi, set or

negotiate his fee, or receive a fee directly from him. When I advised Lento that I wanted to discontinue my employment unless specific conditions were met, I specifically offered to help with the transitions and to inform my clients. Lento stopped communicating with me and locked me out of my client management software so that I was not able to contact any of my former clients.

11. During the relevant period, I did not regularly do or solicit business in Massachusetts, engage in a persistent course of conduct in Massachusetts, or derive substantial revenue from services rendered in Massachusetts.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on October 7, 2026.

/s/ Kristi Kay Kneedler
Kristi Kay Kneedler (Pro se)