UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HARRISON NGEAH MISSIBI,
*Plaintiff*,

v.

LENTO LAW GROUP, P.C.; *et al.*,
*Defendants*.

Civil Action No. 1:26-cv-13498-ADB

**MOTION OF THE PLAINTIFF, HARRISON NGEAH MISSIBI, FOR LEAVE TO FILE MEMORANDUM OF LAW IN OPPOSITION WITH TWO EXCESS PAGES**

NOW COMES the Plaintiff, Harrison Ngeah Missibi, and hereby request leave to file a Memorandum of Law in Opposition to the Motions to Dismiss filed by the Individual Defendants, Lawrence Katz and Kristi Kay Kneedler, containing two (2) excess pages beyond the 20 pages allowed by Local Rule 7.1(b)(4). As good grounds for this Motion, the Plaintiff notes that he is responding to complex legal arguments concerning jurisdiction and the sufficiency of eight distinct theories of liability in Motions brought by two separate Defendants.

In the alternative, the Plaintiff asks for a one-week extension of time and leave to refile a 20 page Opposition Memorandum.

Respectfully submitted,
The Plaintiff,
**HARRISON NGEAH MISSIBI**,
By His Attorney,

/s/Timothy Vaughan Malley

Timothy Vaughan Malley, BBO #705603
CAPPLIS, CONNORS, CARROLL & ENNIS, PC
66 Brooks Drive, 2nd Floor
Braintree, MA 02184
T: 6l7-227-0722
F: 617-227-0772
tmalley@ccclaw.org

Date: October 23, 2026

## CERTIFICATE OF SERVICE

I, Timothy Vaughan Malley, hereby certify that on **October 23, 2026,** I served the above Memorandum of Law upon the Clerk of the Court, using the CM/ECF system, which then sent a notification of such filing (NEF) to all counsel of record, with separate copy emailed directedly to the *pro se* Parties:

Lawrence A Katz, Sr., Esq. lakatzsr@gmail.com

Kristi Kay Kneedler, Esq. kristi.kneedler2@gmail.com

/s/Timothy Vaughan Malley