UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HARRISON NGEAH MISSIBI,
Plaintiff,

v.

LENTO LAW GROUP, P.C.; LAWRENCE A. KATZ;
and KRISTI KAY KNEEDLER,
Defendants.

## CONSENTED MOTION FOR LEAVE TO FILE REPLY

Defendant Lawrence A. Katz, appearing pro se, requests leave under Local Rule 7.1(b)(3) to file the accompanying proposed reply in support of his Motion to Dismiss or, in the Alternative, to Transfer Venue, ECF 9. The proposed reply is submitted as Exhibit 1 to this motion. To the extent its length exceeds the Court's usual ten-page reply limit, Katz also requests leave for its actual length, not to exceed thirteen pages, excluding its certificate of service. Plaintiff consents to all relief sought.

Plaintiff filed a consolidated opposition on October 23, 2026, addressing two separate dismissal motions. ECF 19. A reply will assist the Court by addressing Plaintiff's reliance on Stokinger v. Armslist, LLC, 166 F.4th 229 (1st Cir. 2026), and the PREP Tours dissent; the distinct statutory and constitutional jurisdictional inquiries; the limited significance and permissible consideration of the agency order and signed surrender; and Plaintiff's newly articulated explanation of his indemnification theory. It also clarifies that Katz seeks relief only on his own behalf.

The proposed reply responds to matters raised in the opposition. It does not offer a new declaration, seek relief for another defendant, or ask the Court to determine the final nursing-board disposition from an incomplete acceptance block. Its length reflects the consolidated

opposition's discussion of personal jurisdiction, competing transfer requests, and several distinct causes of action. Katz requests no change to any hearing date or other deadline.

WHEREFORE, Katz requests leave to file the accompanying proposed reply, including permission for up to thirteen pages if necessary. He requests that the Court deem the reply filed upon allowance of this motion or direct its separate filing.

**Local Rule 7.1 certification**

*I certify that counsel for plaintiff, Timothy Malle, and undersigned counsel, held a good-faith conference via email on November 2, 2026. The issues discussed were whether Plaintiff would oppose this Motion seeking leave to file a Reply brief and to, if necessary, exceed page limits. Counsel for Plaintiff does not oppose Defendant Katz's request for leave to file a Reply brief and to, if necessary, exceed page limits.*

Respectfully submitted,

/s/ Lawrence A. Katz
**LAWRENCE A. KATZ,**
**DEFENDANT PRO SE**
17 42nd Street, Unit 7
Sea Isle City, NJ 08243
Telephone: 267-242-4191
Email: lakatzsr@gmail.com
Dated: 11-2-2026

**Certificate of Service**

I certify that on 11-2-2026, I served the foregoing document on all counsel of record and unrepresented parties entitled to service by the following method: VIA ECF SERVICE.

/s/ Lawrence A. Katz
**LAWRENCE A. KATZ**