UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARRISON NGEAH MISSIBI,<br>*Plaintiff*,<br><br>v.<br><br>LENTO LAW GROUP, P.C.;<br>LAWRENCE A. KATZ; and<br>KRISTI KAY KNEEDLER,<br>*Defendants*. | Civil Action No. 1:26-cv-13498-ADB |

**SECOND MOTION FOR EXTENSION OF TIME TO EFFECTUATE SERVICE OF DEFENDANT LENTO LAW GROUP, P.C., PURSUANT TO NJ REV. STAT. § 2A:15-30.1**

NOW COMES the Plaintiff, Harison Ngeah Missibi, and hereby requests an additional 60 days to effectuate service on the Defendant, Lento Law Group, P.C., pursuant to Fed. R. Civ. P. 4(h) and for leave of this Court to serve Lento Law Group, P.C., in the manner prescribed by NJ Rev. Stat. § 2A:15-30.1. As grounds for this request, the Plaintiff reports that the New Jersey Division of Revenue has not yet effectuate service on Defendant Lento Law Group, P.C., and a representative of the Division has reported that the upcoming holiday period is expected to further delay the effectuation of service. As the statute required the Division to effectuate service and the delay is not within Plaintiff's control despite diligent attempts to effectuate service, Plaintiff maintains that good cause exists to extend the deadline.

In the interest of resolving the question of service prior to the expiration of the deadline, the Plaintiff maintains that there exists good cause to extend the deadline for service by 60 days, *i.e.* until January 30, 2026, after the conclusion of the holiday period.

Respectfully submitted,
The Plaintiff,
**HARRISON NGEAH MISSIBI**,
By His Attorneys,

/s/Timothy Vaughan Malley
Sean E. Capplis, BBO #634740
Timothy Vaughan Malley, BBO #705603
CAPPLIS, CONNORS, CARROLL & ENNIS, PC
66 Brooks Drive, 2nd Floor
Braintree, MA 02184
T: 6l7-227-0722
F: 617-227-0772
E: scapplis@ccclaw.org
tmalley@ccclaw.org

Date: November 19, 2026

**CERTIFICATE OF SERVICE**

I, Timothy Vaughan Malley, hereby certify that on **November 19, 2026,** I served the above Memorandum of Law upon the Clerk of the Court, using the CM/ECF system, which then sent a notification of such filing (NEF) to all counsel of record, with separate copy emailed directedly to the *pro se* Parties:

Lawrence A Katz, Sr., Esq. lakatzsr@gmail.com

Kristi Kay Kneedler, Esq. kristi.kneedler2@gmail.com

/s/Timothy Vaughan Malley